JOHN BUCHANAN, State Bar No. 119584
john.buchanan@sce.com
TANYA A. GUZMAN, State Bar No. 252256
tanya.a.guzman@sce.com
2244 Walnut Grove Avenue
Rosemead, CA  91770
Tel:  (626) 302-6976
Fax:  (626) 302-1910

RAUL F. SALINAS, State Bar No. 126922
rsalinas@AlvaradoSmith.com
MARY MICHELENA MONROE, State Bar No. 143734
mmonroe@AlvaradoSmith.com
LASHON HARRIS, State Bar No 257578
lharris@AlvaradoSmith.com
ALVARADO SMITH
A Professional Corporation
633 West Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213)229-2400
Fax: (213) 229-2499

Attorneys for Defendant
SOUTHERN CALIFONRIA EDISON COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELIPE RODRIGUEZ, JR., an individual, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN CALIFORNIA EDISON COMPANY, a California Corporation; DANIEL ENSMINGER, an individual; and DOES 1 through 50, Inclusive, <br><br> Defendants. | Case No.:  CV13-07996 GAF (JCGx) <br><br> **JUDGE:** Hon. Gary A. Feess <br><br> **ORDER TO EXTEND TIME FOR SETTLEMENT CONFERENCE AND LODGE PRETRIAL CONFERENCE ORDER AND RELATED DOCUMENTS** <br><br> **Trial Date:** January 6, 2015 <br> **Action Filed:** September 11, 2013 |

The Court, having considered the parties' Stipulation to Extend Time for Settlement Conference and Lodge Pretrial Conference Order and Related Documents, and having found good cause to grant such extension hereby orders the following extension of time:

The deadline to complete a settlement conference is extended form October 31, 2014 to December 19, 2014 – approximately 4 weeks after the anticipated decision on Southern California Edison Company's ("SCE") Motion for Summary Judgment (the "Motion").

The deadline to lodge the Pretrial Conference Order and related documents, such as the Memorandum of Contentions of Facts and Law, Jury Instructions, Verdict Forms, is extended from November 10, 2014 (the same date as the hearing on SCE's Motion) to January 12, 2015.

The Pretrial Conference, currently scheduled for November 24, 2014, is continued to Monday, January 26, 2015 at 3:30 p.m.

In light of the Court granting the parties' stipulation to continue the Pretrial Conference to a date beyond the current trial date of January 6, 2015, the Court vacates the jury trial date and orders the parties to meet and confer and submit a stipulation and proposed order with a new trial date which shall not be set further than 30 days of the Pretrial Conference.

IT IS SO ORDERED.

DATED: November 3, 2014  _____

Hon. Gary A. Feess